UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN J. BANK, | |
|           Plaintiff(s), | 2:14-cv-01482-MMD-NJK |
| vs. | |
| NEVADA SUPREME COURT, et al., | ORDER |
|           Defendant(s). | (Docket Nos. 1, 2, 3) |

On September 12, 2014, Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis*. Docket No. 1. On October 7, 2014, Plaintiff filed a motion for appointment of counsel. Docket No. 2. The application and motion for appointment of counsel do not comply with Federal Rule of Civil Procedure 5.2(a) as they contain improper confidential information.[1] Rule 5.2 provides that a filing should not contain an individual's social-security number, financial-account number, or birth date. Fed.R.Civ.P. 5.2(a).

. . .

. . .

. . .

---

[1] Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
    (1) the last four digits of the social-security number and taxpayer-identification number;
    (2) the year of the individual's birth;
    (3) the minor's initials; and
    (4) the last four digits of the financial-account number.

Based upon the foregoing,

**IT IS SO ORDERED**:

1. The Clerk of the Court shall seal the following documents: Docket Nos. 1, 2.
2. Plaintiff shall file a redacted version of his application to proceed *in forma pauperis* in compliance with Federal Rule of Civil Procedure 5.2 no later than November 4, 2014.
3. Failure to file a redacted application by November 4, 2014, will result in denial of Plaintiff's application to proceed *in forma pauperis*.
4. Plaintiff's two motions for appointment of counsel (Docket Nos. 2, 3) are **DENIED** without prejudice pending the Court's ruling on Plaintiff's application to proceed *in forma pauperis*.

DATED: October 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

- 2 -